# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 02-5354**       **September Term, 2003**

01cv01530
02cv00631

Filed On: September 10, 2003

[771393]

In re: Richard B. Cheney, Vice President of the United States et al.,

    Petitioners

_____

Consolidated with 02-5355, 02-5356

**BEFORE**:      Ginsburg, Chief Judge, and Edwards, Sentelle,* Henderson,** Randolph,* Rogers, Tatel, Garland, and Roberts,* Circuit Judges

## O R D E R

Petitioners' petition for rehearing en banc and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service did not vote in favor of the petition. Upon consideration of the foregoing, it is

**ORDERED** that the petition be denied.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY: 

    Michael C. McGrail
    Deputy Clerk

---

\*  Circuit Judges Sentelle, Randolph, and Roberts would grant the petition for   rehearing en banc.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 02-5354**                                                   **September Term, 2003**

\*\* Circuit Judge Henderson did not participate in this matter.