# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 02-5354**            **September Term, 2002**

01cv01530
02cv00631

Filed On: August 14, 2003 [766582]

In re: Richard B. Cheney, Vice President of the United States et al.,

        Petitioners

_____

Consolidated with 02-5355, 02-5356

### O R D E R

Upon consideration of the petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order respondents/appellees file their response to the petition, not to exceed 15 pages. The court will not accept a reply to the response.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Nancy G. Dunn
Deputy Clerk